IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE ROGERS,<br>　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER JOHN BENTLY HENSON,<br>City of Pgh Police Officer Zone #1<br>(North Side),<br>　　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 12-438<br>) Judge Gary L. Lancaster/<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>) |

## ORDER

AND NOW, this 14 day of September, 2012, after the Plaintiff, Clarence Rogers, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until September 4, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that pursuant to the screening provisions of the Prison Litigation Reform Act, the Complaint is dismissed for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
GARY L. LANCASTER
Chief United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Clarence Rogers
23031-2F/212
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100